THE PEOPLE OF THE STATE OF NEW YORK ex rel. WENFIELD REALTY CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Per Curiam.* Order modified (see companion appeal, *People ex rel. Klauber* v. *Miller, ante,* p. 996, decided herewith), as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1935 | $15,500 | $10,500 | $26,000 |
| 1936 | 14,500 | 10,250 | 24,750 |
| 1937 | 13,500 | 10,000 | 23,500 |
| 1938–39 | 13,000 | 9,750 | 22,750 |
| 1939–40 | 12,500 | 9,500 | 22,000 |
| 1940–41 | 12,500 | 9,250 | 21,750 |
| 1941–42 | 12,500 | 9,000 | 21,500 |

and as so modified affirmed, with ten dollars costs and disbursements to the relator-appellant.

Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

Order unanimously modified as indicated in opinion and as so modified affirmed, with ten dollars costs and disbursements to the relator-appellant. Settle order on notice.